**Julius W. BOYKIN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2005–3356.

United States Court of Appeals, Federal Circuit.

March 15, 2006.

ON MOTION

*ORDER*

Upon consideration of Julius W. Boykin's motion to voluntarily dismiss his petition for review of the decision of the Merit Systems Protection Board in DA0831040659–I–1,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.

**Linda F. BARNES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2006–3150.

United States Court of Appeals, Federal Circuit.

March 15, 2006.

Linda F. Barnes, pro se.

ORDER

Order Vacated, See 175 Fed.Appx. 359.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.